**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EUFROSINA DIACONU, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 12-cv-0663 |
| | : | |
| SKYLINE TRANSPORTATION, | : | |
| JAMES E. COLLINS, WILSON, ELSER, | : | |
| MOSKOWITZ, EDELMAN & DICKER LLP, | : | |
| and DEFENSE LOGISTICS AGENCY | | |
| | | |
| Defendants. | | |

## ORDER

AND NOW, this    18th    day of September, 2012, upon consideration of Defendant Skyline Transportation's Motion to Dismiss (Doc. No. 7), Defendant Wilson, Elser, Moskowitz, Edelman & Dicker's Motion for a More Definite Statement and Motion to Dismiss (Doc. No. 3), Plaintiff's Response in opposition thereto (Doc. No. 9), Defendant's Reply in further support thereof (Doc. No. 12), Defendant Defense Logistic Agency's Motion to Dismiss All Claims Against the Federal Defendant After Substituting the United States for Its Agency, Defendant Defense Logistics Agency (Doc. No. 31), and Plaintiff's Response in opposition thereto (Doc. No. 33), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1.  Defendant Skyline Transportation's Motion to Dismiss (Doc. No. 7) is GRANTED.

2.   Defendant Wilson, Elser, Moskowitz, Edelman & Dicker's Motion for a More Definite Statement (Doc. No. 3) is DENIED and their Motion to Dismiss (Doc No. 3) is GRANTED.

3.   Defendant Defense Logistic Agency's Motion to Dismiss All Claims Against the Federal Defendant After Substituting the United States for Its Agency, Defendant Defense Logistics Agency (Doc. No. 31) is GRANTED.

BY THE COURT:


s/J. Curtis Joyner

J. CURTIS JOYNER, C.J.