GLD-133

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 12-3934

EUFROSINA DIACONU,
                                  Appellant

v.

SKYLINE TRANSPORTATION; JAMES E. COLLINS;
WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER LLP;
DEFENSE LOGISTICS AGENCY

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 12-cv-00663) – File
District Judge: Honorable J. Curtis Joyner

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
February 22, 2013

Before: FUENTES, FISHER and GREENBERG, Circuit Judges

**JUDGMENT**

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) or summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on February 22, 2013. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered September 19, 2012 and the orders entered September 25, 2012, be and the same are hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: February 27, 2013

Certified as a true copy and issued in lieu of a formal mandate on April 26, 2013

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**